IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ALLIED NEVADA GOLD CORP., et al.,<br><br>Debtors. | ) Chapter 11<br>) Bk. No. 15-10503 (MFW)<br>)<br>)<br>) |
| AD HOC COMMITTEE OF<br>SHAREHOLDERS,<br><br>Appellant,<br><br>v.<br><br>ALLIED NEVADA GOLD CORP., et al.,<br><br>Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 15-946-SLR<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this ~24th~ day of November, 2015, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **January 4, 2016.**

2. Appellees' brief in opposition to the appeal is due on or before **February 4, 2016.**

3. Appellant's reply brief is due on or before **February 19, 2016.**

**NOTE: Please refer to D. Del. LR 7.1.3(4) for page limitations.**

_____
United States District Judge